**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

—————————————

No. 03-1665

UNITED STATES OF AMERICA,
Appellee,

v.

YVONNE BOHAM,
Defendant, Appellant.

———————————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, Jr., U.S. District Judge]

—————————————

Before

Selya, Circuit Judge,
Coffin, Senior Circuit Judge,
and Lynch, Circuit Judge.

—————————————

Douglas J. Beaton for appellant.
Mark E. Howard, Assistant United States Attorney, with whom
Thomas P. Colantuono, United States Attorney, was on brief, for
appellee.

—————————————

June 28, 2004

—————————————

**Per Curiam**.  The instant appeal was consolidated for argument in this court with, inter alia, an appeal in <u>United States v. Salinas</u>, No. 03-2376.  The opinion in <u>Salinas</u>, issued earlier today, is dispositive of the question raised in this appeal. Consequently, for the reasons set forth in our <u>Salinas</u> opinion, we reverse the district court's venue determination, vacate Boham's conviction, and remand with instructions to dismiss the indictment without prejudice for lack of venue.

**<u>Reversed and remanded.</u>**